# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BELMONTEZ, | Case No. 1:15-cv-00963-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 33)** |
| GIRL SCOUTS OF CENTRAL CALIFORNIA SOUTH, | |
| Defendant. | |

On May 10, 2017, the parties filed a joint Stipulation of Dismissal, in which the parties notified the Court that this case has been voluntarily "dismissed with prejudice." (Doc. 33.) The stipulation has been signed by all parties who have appeared in this action. (*See id.* at 2.) As such, this matter has been voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **May 11, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE